

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-19-00810-CV

Trial Court Cause
Number:     92497-I

Style:     Richard  Barroso

    v  State of Texas, TDCJ Ramsey One Unit Personnel

Date motion filed[*]:     October 8, 2021

Type of motion:     Motion for Rehearing

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES     ☐ NO

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☒ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

        The motion was filed after the Court's plenary power had expired; thus, we dismiss it for want of jurisdiction.

Judge's signature: /s/ Sherry Radack
        ☐ Acting individually     ☒ Acting for the Court

Panel consists of     Chief Justice Radack and Justices Landau and Countiss

Date:   October 19, 2021